JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUNG NGUYET LAM, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Corporation and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO. 8:24−cv−01040 JWH (DFMx)<br><br>[*Assigned to Honorable Judge John W. Holcomb*]<br><br>**ORDER GRANTING STIPULATION RE: AMOUNT IN CONTROVERSY UNDER $75,000.00 AND TO REMAND TO STATE COURT** |

The parties' Stipulation to Remand based on amount in controversy under $75,000.00 having been considered and good cause appearing, it is hereby **ORDERED** as follows:

1. The Court does not possess subject matter jurisdiction over this action.
2. The current matter entitled *Lam v. Costco Wholesale Corporation*, Case No. 8:24−cv−01040 JWH, is **REMANDED** to the Orange County Superior Court, State of California, Case No: 30-2023-01355173-CU-PO-CJC.

**IT IS SO ORDERED.**

DATED: May 24, 2024

Honorable John W. Holcomb
U.S. District Judge